■   In the Matter of the Estate of ETHEL PRICE, Also Known as ETHEL SULLIVAN, Deceased. EARL L. PRICE, Appellant; LOUIS C. PULVERMACHER, as Special Guardian for SANDRA L. SULLIVAN, an Infant, et al., Respondents. — Decree so far as appealed from unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. [11 Misc 2d 716.]

■   JAN-DEE TRUCKING, INC., Respondent, v. FENWAY ESTATES, INC., Defendant, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Order and judgment (one paper) unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■   JAN-DEE TRUCKING, INC., Respondent, v. FENWAY ESTATES, INC., Defendant, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■   STEPHEN J. LEVITZ v. ROBBINS MUSIC CORPORATION et al.— Motion granted insofar as to amend the order of this court entered on the 26th day of March, 1959, so that appellant's time to procure the record on appeal and appellant's points be extended to and including September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■   THE PEOPLE OF THE STATE OF NEW YORK, v. DAVID BELL.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■   FRANCES M. PURDY et al. v. FIFTH MADISON CORPORATION et al.— Motion to dismiss appeal granted with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■   In the Matter of PATRICK J. TWOMEY against LEONARD CALVELLO.— Motion granted insofar as to permit the appeals to be heard at the same time in one appeal book, without duplication of printing, and appellant's time to perfect the appeals is extended to and including August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeals to be argued or submitted when reached. The application to continue the bail is denied as academic. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■   CORINNE C. WATERMAN v. HENRY KAUFMAN et al.— Motion for stay denied. Concur — Breitel, J. P., Rabin, Valente and McNally, JJ.

■   CORINNE C. WATERMAN v. HENRY KAUFMAN et al.— Motion for stay denied. Concur — Breitel, J. P., Rabin, Valente and McNally, JJ.

■   BILLIE J. PAUSTENBACH v. ROBERT M. MILLER.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the defendant-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the